# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGG HAWLEY, | ) | Case No. 2:16-cv-01049-RFB-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 12) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is Plaintiff's motion to remove attorney Mark A. Rouse from the electronic service list. Docket No. 12. Plaintiff submits that Mr. Rouse is no longer associated with the law firm of Edward M. Bernstein & Associates. *Id.* Plaintiff further submits that attorney David M. Moore of Edward M. Bernstein & Associates will continue to represent Plaintiff, and requests that Mr. Moore, who is already on the electronic service list, continue to receive all future notices. *Id.*

Accordingly, Plaintiff's motion to remove attorney Mark A. Rouse from the electronic service list, Docket No. 12, is hereby **GRANTED**.

IT IS SO ORDERED.

DATED: March 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge