# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGG ANTHONY HAWLEY, | Case No. 2:16-cv-01049-RFB-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

The supplemental brief states that Nancy A. Berryhill is now Acting Commissioner of Social Security. Docket No. 16 at 1. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Nancy A. Berryhill in place of Carolyn W. Colvin.

IT IS SO ORDERED.

DATED: May 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge