# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGG ANTHONY HAWLEY, | Case No. 2:16-cv-01049-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 19) |
| NANCY A. BERRYHILLY, Acting Commissioner of Social Security, | |
| Defendant(s). | |

On May 19, 2017, the Court issued an order setting a hearing in this case for June 1, 2017, to address numerous substantive issues. Docket No. 18. After hours on May 30, 2017, so effectively the eve of that hearing, the Commissioner's counsel filed a motion to appear telephonically. Docket No. 19. Because of the numerous substantive issues to be addressed and the availability of capable local counsel who could argue the issues, the Court declines to allow the telephonic appearance. The motion to appear telephonically is therefore **DENIED**.

IT IS SO ORDERED.

DATED: May 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge