UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGG ANTHONY HAWLEY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security*,<br><br>Defendant. | Case No. 2:16-cv-01049-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 22] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered June 23, 2017.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 7, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 22] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal and/or Remand (Docket No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (Docket No. 10) is **GRANTED**.

DATED: August 9, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**